UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANI BOLTON, et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:22-cv-04602-LMM |
| INLAND FRESH SEAFOOD CORPORATION OF AMERICA, INC., et al., | |
| Defendants. | |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Defendants' motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 5th day of December, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: ___s/ T. Tran_____
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 5, 2023
Kevin P. Weimer
Clerk of Court

By: ___s/ T. Tran_____
       Deputy Clerk